UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.235.135.23,<br><br>　　　　　Defendant. | Case Number: 3:24-cv-03931-LJC<br><br>Honorable Lisa J. Cisneros<br><br>[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

　　　THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for November 7, 2024, and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until January 4, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for November 7, 2024 is continued to February 6, 2025 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: September 27, 2024　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　Hon. Lisa J. Cisneros

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 3:24-cv-03931-LJC